```
               UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF FLORIDA
                    FORT MYERS DIVISION
```

MARTHA GARZA, on her own behalf and
others similarly situated,

                Plaintiff,

vs.                            Case No.  2:05-cv-78-FtM-29DNF

LA UNICA BAKERY, INC., a Florida
Corporation, ANDRES VILLEGAS,
individually,

                Defendants.
_____

## OPINION AND ORDER

     This matter comes before the Court on Joint Notice of Filing and Joint Motion for Approval of Settlement Agreement As Stipulated Final Judgment and For Filing of Settlement Agreement Under Seal (Doc. #18), filed on May 3, 2005.  On April 22, 2005, the Court entered an Order (Doc. #17) staying the case pending execution of settlement documents.

    While the Complaint (Doc. #1) is by Martha Garza on behalf of herself and others similarly situated, the Court has not certified a class and no other person has opted in as a plaintiff.  Upon review of the court file and the Settlement Agreement, the Court finds that the settlement fairly and reasonably resolves the disputed issues as to plaintiff Martha Garza, and considering all the circumstances in the case, is a reasonable compromise. Accordingly, the Court approves the settlement, with the exception

of the request to file the Settlement Agreement under seal. Essentially for the reasons set forth in <u>Stalnaker v. Novar Corporation</u>, 293 F. Supp. 2d 1260, 1263-64 (M.D. Ala. 2003), the Court concludes that the Settlement Agreement should not be filed under seal.

Accordingly, it is now

**ORDERED**:

1. The stay entered in the Order (Doc. #17) of April 22, 2005, is **LIFTED.**

2. The Joint Motion for Approval of Settlement Agreement As Stipulated Final Judgment(Doc. #18) is **GRANTED** in part and **DENIED** in part to the extent that the settlement is approved with the exception that the Court declines to allow the Settlement Agreement to be filed under seal.

3. The Joint Motion For Filing of Settlement Agreement Under Seal (Doc. #18) is **DENIED.**

**DONE AND ORDERED** at Fort Myers, Florida, this <u>  4th  </u> day of May, 2005.

JOHN E. STEELE
United States District Judge

Copies:
Counsel of record

-2-